IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY W. WILLIAMS, | § | |
| CHAPTER 11 TRUSTEE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2545 |
| | § | |
| HOUSTON PLANTS & GARDEN | § | |
| WORLD, INC., *et al.*, | § | |
|     Defendants. | § | |

## ORDER

This court CANCELS the joint pretrial order deadline of June 13, 2014 and final pretrial conference of June 30, 2014 and RESETS the deadline for the joint pretrial order to July 18, 2014 and the date of the final pretrial conference to **July 25, 2014 at 9:00 a.m.** in Courtroom 11-B. The bench trial will begin on **July 30, 2014 at 9 a.m.** in Courtroom 11-B, as originally scheduled.

SIGNED on June 4, 2014, at Houston, Texas.

                                                    Lee H. Rosenthal
                                        United States District Judge