IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 11-2545 |
| HOUSTON PLANTS & GARDEN WORLD, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the stipulation of dismissal approved by the Bankruptcy Court, Randy Williams's claims against Compass Bank are dismissed, with prejudice.

This is a final judgment.

SIGNED on August 11, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge